UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| | |
|---|---|
| STMicroelectronics, Inc.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | **S U M M O N S**  Court No. 21-00106 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ **Mario Toscano**
Clerk of the Court

## PROTEST

| Port of Entry: | Los Angeles (2704) | Date Protest Filed: | 2/4/2020 |
|---|---|---|---|
| Protest Number: | 2704-20-110905 | Date Protest Denied: | 09/15/2020 |
| Importer: | STMicroelectronics, Inc. | | |
| Category of Merchandise: | Electronic Components | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 004-0678020-6 | 2/11/2019 | 1/10/2020 | | | |
| 004-0688311-7 | 3/11/2019 | 2/7/2020 | | | |
| 004-0690806-2 | 3/14/2019 | 2/7/2020 | | | |
| 004-0693019-9 | 3/20/2019 | 2/14/2020 | | | |

Port Director,
U.S. Customs and Border Protection
301 E. Ocean Blvd.
Long Beach, CA 90802

Address of Customs Port in
Which Protest was Denied

Douglas N. Jacobson
Jacobson Burton Kelley PLLC
1725 I Street, NW, Suite 300
Washington, DC 20006
Tel: (202) 431-2407
Email: djacobson@jacobsonburton.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| Electronic Components | 8541.29.0095 with China Section 301 tariffs assessed per 9903.88.01 | 0.0% (Free) + 25% | 8541.29.0095, Excluded from China Section 301 tariffs per 9903.88.14. | 0.00% (Free) |

**Other**
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

(1) incorrect classification and duty rate of duty applied at liquidation, including incorrect assessment of China Section 301 tariffs imposed pursuant to Section 301 of the Trade Act of 1974 that was subject to a retroactive exclusion granted by USTR on September 29, 2019; (2) CBP has not issued refunds to Plaintiff on 3 of the 4 entries and has issued a partial refund on one entry; and (3) Improper denial of protest on certain entries on grounds that the protest was filed prior to liquidation.

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in the importer's behalf. The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

*Douglas N. Jacobson*
_Signature of Plaintiff's Attorney_

March 15, 2021
_Date_

## SCHEDULE OF PROTESTS

_____
Port of Entry

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Port Director of Customs,

If the port of entry shown above is different from the port of entry shown on the first page of the summons, the address of the Port Director for such different port of entry must be given in the space provided.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)