UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 11

| | |
|---|---|
| STMicroelectronics, Inc.<br>                     Plaintiff,<br>   v.<br>United States<br>                     Defendant. | Court No.:      21-00116 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, STMicroelectronics, Inc._____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Douglas N. Jacobson_____.

Date: __March 15, 2021__            *Douglas N. Jacobson*
                                                             Attorney
                                 Jacobson Burton Kelley PLLC
                                                              Firm
                                 1725 I Street, NW, Suite 300
                                          Street Address
                                 Washington, DC 20006
                                     City, State and Zip Code
                                 202-431-2407
                                     Telephone Number
                               djacobson@jacobsonburton.com
                                       E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 21-00116 | | |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)